No. 3443.—STATE ex rel. SIMMONS v. THE JUDGE OF THE FIFTH DISTRICT COURT.

Where an interlocutory judgment if erroneous would work an irreparable injury, the party against whom it has been rendered has the right to have it reviewed on appeal. In such a case a mandamus will issue on application, directing the judge a quo to grant the appeal.

APPLICATION for a Writ of Mandamus. Race, Foster & E. T. Merrick, for relators. Leaumont, Judge, respondent.

HOWE, J. We think the appeal asked for by the relators should have been allowed. The judgment directed the sheriff to return to the firm of Howard & Prestons the sum of $1000 in his hands, which relators claim was collected by the sheriff for them, and should be paid to them. If this judgment be merely interlocutory, it is one which if erroneous would be held in a legal sense to work an irreparable injury. The relators have a right therefore to submit to this court the question whether it is erroneous or not.

Mandamus made peremptory.